UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 19-17389 |
| --- | --- | --- |
| MARY PHILPOTT | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER MODIFYING PLAN AND EXTENDING TIME TO FILE CLAIM

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Claim #17, filed on behalf of UniCare Life & Health Insurance Company is allowed, and shall be paid pursuant to the provisions of the Chapter 13 Plan.

2) Debtor's Chapter 13 plan is modified so that Part 2.1 provides that Debtor will pay to the trustee $355.00 monthly pursuant to the provisions of the plan, commencing with the next payment due.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: December 06, 2019

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100